```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

ROSE M. McPHEARSON (BARBER)                              Plaintiff

v.                         5:05CV00007 GH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                 Defendant

<u>ORDER</u>

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of <u>January</u>, 2006.

_____
UNITED STATES DISTRICT JUDGE