IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


ROSE M. McPHEARSON (BARBER)                          Plaintiff

v.                     5:05CV00007 GH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                             Defendant


<u>JUDGMENT</u>


Pursuant to the Order filed in this matter this date, it is
Considered, Ordered and Adjudged that the decision of the
Commissioner is affirmed and that Plaintiff's complaint is
dismissed with prejudice.

IT IS SO ORDERED.

DATED this 24th day of <u>January</u>, 2006.



_____
UNITED STATES DISTRICT JUDGE